**THE ADAM LAW OFFICE, P.C.**
112 West 34th Street – 18th Floor
New York, NY 10120
Phone: (212) 661 – 8780
Fax: (212) 661 – 8779

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2020
```

June 23, 2020

Hon. Robert W. Lehrburger – United States Magistrate Judge
United States District Court – Southern District of New York
500 Pearl Street
New York, NY 10007
**Via ECF**

    Re: **Williams vs. Crothal et. al.**
       Case Number: 1:17-cv-01011

Dear Judge Lehrburger:

  The undersigned makes this letter application to respectfully request a short extension of time in which to submit Plaintiff's objections to your Honor's proposed ruling in connection with defendant Crothall's recently interposed summary judgment motion.

  This application is necessitated due to yet another death in counsel's family.

  I left a voice message for defense counsel Bill Vita in this regard and have not yet heard back from him.

  Prior to your Honor's proposed ruling Plaintiff voluntarily discontinued as against defendant Sodexo but has not yet been able to execute the circulated stipulation due to the various lock down orders related to recent pandemic. Consequently, there will be no objection regarding the dismissal of Sodexo from this litigation.

  Given the above circumstances, I would respectfully request that your Honor afford Plaintiff until Monday June 29th, 2020 to submit his objections, with a commensurate extension being afforded to defendant Crothal for any reply.

  As usual, I thank your Honor for his kind understanding.

                Respectfully,

                THE ADAM LAW OFFICE, P.C.

                _____
                Richard Adam, Esq.

SO ORDERED: /s/

RA/mn     6/23/2020

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE