UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
RUTHERFORD WILLIAMS,

                    Plaintiff,

-against-                               17-cv-1011 (LAK)

CROTHALL HEALTHCARE, INC., SODEXO INC.,
and JOHN DOE CORP.,

                    Defendants.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Substantially for the reasons stated in the report and recommendation of Magistrate Judge Robert W. Lehrburger [Dkt. 62], defendants' motions for summary judgment dismissing the complaint [Dkts. 45, 50] are granted. Plaintiff's objections [Dkt. 66] are denied as untimely and, alternatively, are overruled.[1]

        SO ORDERED.

Dated:        October 7, 2020

                                                    Lewis A. Kaplan
                                           United States District Judge

---

[1] Although plaintiff's objections were due on June 23, 2020, he asked for, and received, an extension of time to file them no later than June 29, 2020 [Dkts. 63, 65]. He did not file them until June 30, 2020 [Dkt. 66]. While the Court might be inclined to overlook this late filing in other circumstances, this is not the first time plaintiff has missed a filing deadline in this case. His opposition to the summary judgment motions was filed also a day late and also after plaintiff had requested and received an extension of time. Judge Lehrburger accepted the late submission, and in doing so put plaintiff on notice about the importance of meeting filing deadlines [Dkt. 62 at 5 n.8]. In any event, the Court has fully considered the objections and overrules them on their merits.