# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
RUTHERFORD WILLIAMS,

                Plaintiff,                    17 **CIVIL** 1011 (LAK

      -against-                             **JUDGMENT**

CROTHALL HEALTHCARE, INC., SODEXO
INC., and JOHN DOE CORP.,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 7, 2020, substantially for the reasons stated in the report and recommendation of Magistrate Judge Robert W. Lehrburger [Dkt. 62], defendants' motions for summary judgment dismissing the complaint [Dkts. 45, 50] are granted; Plaintiff's objections [Dkt. 66] are denied as untimely and, alternatively, are overruled.

**Dated:**  New York, New York
          October 8, 2020

                                                **RUBY J. KRAJICK**
                                             _____
                                                  **Clerk of Court**
                          **BY:**
                                                  **Deputy Clerk**